UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPHTHALMIC RESEARCH ASSOCIATES INC,<br><br>    Plaintiff,<br><br>    v.<br><br>SARCODE CORPORATION,<br><br>    Defendant. | Case No. 14-mc-80265-JST<br><br>**ORDER RE-ASSIGNING CASE TO MAGISTRATE JUDGE CORLEY**<br><br>Re: ECF No. 3 |

This case was originally referred to Magistrate Judge Cousins. ECF No. 3. The case is no longer assigned to Judge Cousins. It is hereby RE-ASSIGNED to Judge Corley. Judge Corley will advise the parties as to how she intends to proceed. She may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After the case has been assigned to Judge Corley, all further discovery matters shall be filed pursuant to her procedures.

**IT IS SO ORDERED**.

Dated: September 25, 2014

_____
JON S. TIGAR
United States District Judge