UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPHTHALMIC RESEARCH ASSOCIATES INC,<br><br>Plaintiff,<br><br>v.<br><br>SARCODE CORPORATION,<br><br>Defendant. | Case No. 14-mc-80265-JST (JSC)<br><br>**ORDER RE: PROCEDURE FOR THIRD-PARTY SMITH'S MOTION TO QUASH**<br><br>Re: Dkt. No. 1 |

Now pending before the Court is the motion to quash of third party Valerie Smith. Smith seeks to quash a subpoena issued by plaintiff Ophthalmic Research Associates, Inc. Smith represents that following a meet and confer, Plaintiff offered to explain, and presumably narrow, its subpoena by letter, but has not yet done so.

Accordingly, the parties are ordered to meet and confer by telephone on or before Tuesday, September 30, 2014. If they are unable to reach agreement, they shall file a joint discovery letter brief in accordance with this Court's Civil Standing Order. Smith shall provide Plaintiff with her portion of the letter on or before Thursday, October 2, 2014. Plaintiff shall provide Smith with its response on or before Monday, October 6, 2014. Smith shall then modify her portion of the letter to address Plaintiff's opposition, if necessary, and file the joint letter brief on or before Wednesday, October 8, 2014. Upon review of the parties' letter, the Court will advise if oral argument is required. The parties are free to stipulate to a different schedule, but the above schedule applies in the absence of an agreement.

//

//

//

**IT IS SO ORDERED**.

Dated: September 26, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge